UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA L. SHAFFER,

    Plaintiff,

v.                                    Case No. 8:17-cv-565-T-33AAS

BANK OF NEW YORK MELLON
and SHELLPOINT LLC,

    Defendants.
_____/

## ORDER

This matter comes before the Court pursuant to Defendants Bank of New York Mellon and Shellpoint LLC's Motion to Dismiss the Amended Complaint (Doc. # 25), filed on May 24, 2017. Plaintiff Linda Shaffer's response was due on June 7, 2017. See Local Rule 3.01(b), M.D. Fla. ("Each party opposing a motion or application shall file within fourteen days after service of the motion or application a response . . ."). Yet, as of this Order, no response has been filed. Nor has Shaffer moved for an extension of time to file a response. Accordingly, the Court treats the Motion as unopposed. Defendants' Motion is granted. Shaffer may file a second amended complaint by June 22, 2017, failing which, the case will be dismissed without further notice.

1

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendants Bank of New York Mellon and Shellpoint LLC's Motion to Dismiss (Doc. # 25) is **GRANTED** as unopposed.

(2) Plaintiff Linda Shaffer may file a second amended complaint by **June 22, 2017,** failing which the case will be dismissed without further notice.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 8th day of June, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE